**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation,<br><br>       Plaintiff,<br><br>v.<br><br>Market Finders Insurance Corporation, a Kentucky corporation,<br><br>       Defendant. | No. CV-04-118-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties' Joint Stipulated Motion to Extend Deadline for Disclosure of Identity of Experts and Preliminary Expert Reports. (Dkt. 86.) For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the parties' Joint Stipulated Motion to Extend Deadline for Disclosure of Identity of Experts and Preliminary Expert Reports. (Dkt. 86.)

**IT IS FURTHER ORDERED** that the Amended Scheduling Order issued by the Court on May 24, 2006 (dkt. 75), is amended in the following respects <u>only</u>:

1. The deadline for Plaintiff to disclose the identity of its expert and its expert's preliminary report is extended from November 15, 2006, to January 15, 2007.
2. The deadline for Defendant to disclose the identity of its expert and its expert's preliminary report is extended from December 15, 2006, to February 15, 2007.

1  **IT IS FURTHER ORDERED** that, with the exception of the new deadlines set forth
2  above, all other provisions of the Amended Scheduling Order issued on May 24, 2006 (dkt.
3  75) remain binding.

DATED this 16th day of November, 2006.

Stephen M. McNamee
United States District Judge