WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Market Finders Insurance Corporation,<br><br>　　　　　　　　Defendant. | NO. CIV-04-118-PHX-SMM<br><br>**ORDER** |

　　　　Pending before the Court is Defendant Market Finders Insurance Corporation's Motion for Substitution of Counsel (with Client Approval).  (Dkt. 88.)  Good cause appearing,

　　　　**IT IS HEREBY ORDERED GRANTING** Market Finders Insurance Corporation's Motion for Substitution of Counsel (with Client Approval).  (Dkt. 88.)

　　　　**IT IS FURTHER ORDERED** that the law firm of Doyle Berman Gallenstein, P.C., through William H. Doyle, be substituted as Market Finders Insurance Corporation's counsel of record in this matter in place of the law firm Potts & Associates.

　　　　DATED this 27th day of November, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Stephen M. McNamee
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge