1    **WO**

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                     FOR THE DISTRICT OF ARIZONA

9

10   Scottsdale Insurance Company, an Ohio)      No. CV-04-118-PHX-SMM
     corporation,                          )
11                                          )
                Plaintiff,                  )       **ORDER**
12                                          )
       v.                                   )
13                                          )
     Market Finders Insurance Corporation, a)
14   Kentucky corporation,                  )
                                            )
15              Defendant.                  )
     _____)
16

17          Pending before the Court is Defendant Market Finder Insurance Corporation's Motion

18   to Strike Plaintiff Scottsdale Insurance Company's Expert, or in the Alternative, to Extend

19   Defendant's Expert Deadline. (Doc. 92). It is this Court's policy to address issues pertaining

20   to discovery disputes via telephonic conference. In the Court's Order dated May 22, 2006,

21   the Court stated the following:

22          **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties**

23   **shall contact the Court to request a telephonic conference prior to filing any discovery**

24   **motions.** The parties shall not contact the Court regarding a discovery dispute unless they

25   have been unable to resolve the dispute themselves, despite personal consultation and sincere

26   efforts to do so. The parties shall not file any written materials related to a discovery dispute

27   or discovery motion without express leave of Court. If the Court does order written

28   submissions, the movant shall include a statement certifying that counsel could not

1   satisfactorily resolve the matter despite personal consultation and sincere efforts to do so, in

2   accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for

3   the District of Arizona.  (Doc. 75).

4        Pursuant to the Court's previous Order, the parties are advised to contact the Court

5   regarding the issues raised in Defendant Market Finder Insurance Corporation's Motion to

6   Strike Plaintiff Scottsdale Insurance Company's Expert and the corresponding Opposition

7   filed by Plaintiff Scottsdale Insurance Company.

8        Accordingly,

9        **IT IS HEREBY ORDERED** that Defendant's Motion to Strike (Doc. 92) is **DENIED**

10  without prejudice.

11       **IT IS FURTHER ORDERED** that, in light of the Court's decision regarding the

12  Defendants Motion to Strike, Plaintiff's Motion to for a Hearing (Doc. 99) on the Motion to

13  Strike is hereby **DENIED** without prejudice.

14       **DATED** this 20th day of March, 2007.

15

16

17                                Stephen M. McNamee
                                  United States District Judge
18

19

20

21

22

23

24

25

26

27

28