WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Market Finders Insurance Corporation, a Kentucky corporation,<br><br>　　　　　Defendant. | No. CV-04-118-PHX-SMM<br><br>**ORDER** |

Pursuant to the parties' Stipulation Regarding Deadlines and for good cause having been shown,

**IT IS HEREBY ORDERED** that Defendant's Motion to Strike Plaintiff's Expert Disclosure (Doc. 92) and Plaintiff's Response (Doc. 96) thereto have been **WITHDRAWN** and the Order (Doc. 107) pertaining to the motion shall be **VACATED**.

**IT IS FURTHER ORDERED** that the identity and opinions of Defendant's experts shall be disclosed no later than April 23, 2007.

**IT IS FURTHER ORDERED** that depositions of the parties' experts shall be concluded no later than June 29, 2007.

**IT IS FURTHER ORDERED** that the parties shall participate in a private mediation no later than August 15, 2007.

///

1     **IT IS FURTHER ORDERED** that the clerk shall WITHDRAW Defendant's Motion
2 to Strike Plaintiff's Expert Disclosure (Doc. 92) and Plaintiff's Response (Doc. 96 ) and
3 VACATE the Court's Order (Doc. 107).

4     **DATED** this 28th day of March, 2007.

_____
Stephen M. McNamee
United States District Judge