**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation, <br><br>　　　　　Plaintiff, <br>v. <br><br>Market Finders Insurance Corporation, a Kentucky corporation, <br><br>　　　　　Defendant. | No. CV 04-0118-PHX-SMM <br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend Deadline (Doc. 123) ordered by the Court to participate in a private mediation. The Court originally ordered the parties to participate in private mediation by no later than August 15, 2007. However, the parties now seek an extension for a period of 45 days, or until October 1, 2007. Counsel certify and agree that the request for extending the deadline is made in good faith, will not prejudice the respective parties, and is not made for the purpose of delay. A private mediation has been scheduled for September 13, 2007 with Thomas L. Toone as Mediator. The additional time requested will allow for any unexpected scheduling issues that may arise and/or one or more additional mediation sessions, if necessary. Therefore, for good cause shown,

**IT IS HEREBY ORDERED GRANTING** the motion. The parties shall participate in a private mediation no later than October 1, 2007. The previous deadline of August 15, 2007 is hereby **VACATED**.

DATED this 14th day of August, 2007.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge