**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation, <br><br> Plaintiff, <br><br> v. <br><br> Market Finders Insurance Corporation, a Kentucky corporation, <br><br> Defendant. | No. CV 04-0118-PHX-SMM <br><br> **ORDER** |

Currently before the Court is Plaintiff's Motion for Hearing or Conference (Doc. 125). The parties recently participated in a mediation which was unsuccessful and now request the Court to enter a new Scheduling Order so that a trial date and all related deadlines can be set. Therefore, the Court will set a status conference to resolve any outstanding issues that may be pending in the case and establish any remaining deadlines.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** the Motion for a Hearing or Conference (Doc. 125).

**IT IS FURTHER ORDERED** that the status conference in this case is scheduled for **Monday, October 29, 2007 at 9:00 a.m.** before the Honorable Stephen M. McNamee in Courtroom 605, on the sixth floor of the Sandra Day O'Connor United States Courthouse, 401 W. Washington Street, Phoenix, Arizona.

**IT IS FURTHER ORDERED** that the parties are to submit to the Court, **at least 5 business days prior to the hearing,** a joint proposed case management plan, which includes proposed dates for any remaining deadlines that are to be set by the Court.

DATED this 26th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge