**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Scottsdale Insurance Company, an Ohio corporation,<br><br>        Plaintiff,<br><br>v.<br><br>Market Finders Insurance Corporation, a Kentucky corporation,<br><br>        Defendant. | No. CV-04-118-PHX-SMM<br><br>**ORDER** |

Pending before the Court is the parties Stipulation requesting a One Week Extension of Time for Plaintiff to File a Response to Defendant's Motion for Summary Judgment (Doc. 137). For good cause shown,

**IT IS HEREBY ORDERED GRANTING** the Stipulation (Doc. 137). The Plaintiff's Response is now due on Tuesday, November 20, 2007.

DATED this 20th day of November, 2007.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge