**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| SCOTTSDALE INSURANCE COMPANY, | ) ) | NO. CV-04-118-PHX-SMM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| MARKET FINDERS INSURANCE CORPORATION, | ) ) ) | |
| Defendant. | ) ) | |

On September 12, 2008, the Court granted Defendant's motion for summary judgment and entered judgment in favor of Defendant (Doc. 144). On September 22, 2008, Defendant filed a Bill of Costs (Doc. 146). Plaintiff filed an Objection/Answer/Response to Defendant's Bill of Costs on October 9, 2008 (Doc. 152). Also, on October 9, 2008, Plaintiff filed an appeal. Plaintiff's appeal is currently pending before the Ninth Circuit Court of Appeals.

Because the Court cannot resolve Defendant's Bill of Costs while Plaintiff's appeal is pending, the Court will deny the Bill of Costs with leave to refile after the appeal is concluded. Accordingly,

**IT IS ORDERED** that Defendant's Bill of Costs (Doc. 146) is **DENIED** with leave to refile after resolution of the appeal;

**IT IS FURTHER ORDERED** that Defendant may reinstate its motion at the proper time by filing a Notice of Renewal of Bill of Costs; Defendant need not refile the Bill of Costs itself.

DATED this 17th day of October, 2008.

_____
Stephen M. McNamee
United States District Judge